**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RASHFORD E. GALLOWAY, | : | |
| | : | Civil Action No. 07-3257 (NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CHARLES E. SAMUELS, JR., | : | |
| Warden, | : | |
| | : | |
| Respondent. | : | **CLOSED** |

For the reasons stated in the Opinion filed herewith,

IT IS on this 3rd day of October, 2007,

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

ORDERED that the Clerk of the Court shall close the Court's file on this matter.

s/ Noel L. Hillman
Noel L. Hillman
United States District Judge